IN THE UNITED STATES District Court
NORTHERN District of West Virginia

Joan Cicchiello
    Petitioner

Bereau of Prisons
Warden Lovett
Warden Ray
Warden Brown
Assistant Warden Watkins
Unit team    Mr Dzubak
            Mrs Slinka
            Mr Bennett

Civil Case No: 5:23CV100

FILED

MAR 16 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Bailey
Mazzone
Prince

## Motion For Immediate Release and Motion For Punitive Damages while at Secure Femal Facility (SFF) Hazleton

And Now Comes Joan Cicchiello Pro Se Stating the following:

## Statue 42 USC § 1983 Civil Rights

1) Petitioner arrived at SFF Hazleton and was immediately placed in the Segregated Housing Unit (SHU)

2) During that time Petitioner met with Ms Slinka and Warden Lovett.

3) Petitioner stated that She had no infractions and did not deserve the SHU.

4) Petitioner was told that Being in the SHU equated to Being Placed in General Population (see Cicchiello v. Lovett MDPA Case # 1:22cr 1979 (2022) And Cicchiello v Lovett NDWVA Case # 5:22 cr 255 (2022)

5) Petitioner Received Rules and Regulations For being in the SHU All Documentation in Cicchiello v Lovett NDWVA 5:22 cr 255 (2022)

(1)

6  Petitioner was treated as a SMU Inmate "Treatment" Discussed in Cicchiello v Lovett NDWVA Case# 5:22 CV 255 (2022)

7  Petitioner was then Placed in X1 and eventually Placed in Cell 221

## CRUEL AND UNUSUAL PUNISHMENT 28 USC 1331

8  Petitioner was Placed in a Cell where Raw Sewage leaked Constantly on the Floor. See Cicchiello v Lovett NDWVA CASE# 5:22 CV 2255 (2023) AND Cicchiello v Lovett MDPA 1:22CV1929 (2022)

9  Petitioner was top tier, Bottom Bunk

10  Petitioner WALKed top tier AND Sat on top tier on Floor.

11  Petitioner Asked to be moved. Ms Slinka Refused to Make ANY moves on X1 unless Necessary

12  Counselor Bennett Replaced Counselor Slinka

13  Counselor Bennett moved Petitioner to Cell 223 with Cell mate Myleka Williams on or about 1/3/2023

14  Myleka Williams is a very Aggressive Individual AND Petitioner has Stated it in Her 28 USC 2241 Case # 1:22cv1979 MDPA 2022 AND. CASE# 5: 22cv 2255 NDWVA (2022)

15  Petitioner Requested Different Cell mate AND to be moved.

16  Petitioner was told She Could Not Sit top tier and to take Chair And Sit in Day room

17  ON or About. 1/25/2023 Petitioner was Carrying Down a Chair to Bottom tier, Slipped And torked her Left Shoulder.

18  Petitioner's Left hand is Fused and mobility is Limited

19  ON January 26 2023 thursday Petitioner went to medical.

20  Petitioner was Placed by medical to Bottom tier Bottom bunk,

# DELIBERATE INDIFFERENCE TO ENFORCE MEDICAL ORDERS

21  Petitioner Notified Mr. Dzubak of Medical Orders on Thursday 1/26/2023.

22  Petitioner Notified Assistant Warden Watkins at Main Line 1/26/2023

23  Petitioner wrote "Cop Outs" to Warden Lovett, Assistant Warden Watkins and Warden Brown (See Cicchiello v Lovett MDPA Case # 1:22 CV 1979 (2022) And Cicchiello v Lovett NDVa # 3:23 cv 0054)

24  Petitioner wrote E-mails to Warden Lovett Assistant Warden Watkins and Warden Ray (See Cicchiello v Lovett 1:22 cv 1974 2022) And Cicchiello v Lovett NDWVA #3:23 CV0054 (2022)

25  On February 10, 2023 Petitioner was moved to Bottom Tier Cell #114 ~ 15 Days After being Seen by Medical

26  From 1/25/2023 up till 2/10/2023 Petitioner Remained in Her Room And only went where she Had to Go.

## MEDICAL NEGLECT.

27  Petitioner Arrived At SFF Hazleton with Multiple Medical Issues (See: US v Joan Cicchiello MDPA # 1:21-CR100)

28  Petitioner's Medical Issues Are well Documented

29  Petitioner's vision Started to Change and was told without Care ~ treatment Petitioner will become blind.

30  Petitioner's Legs Started to turn blue. while Sitting on Chair Petitioner Sits on Floor. ~ Due to Poor Circulation

31  Petitioner was told She would Go to outside Clinics For:

    Cardiac Issues ~ Chad Ross Procedure.
    PVD ~ Leg Circulation
    Vision ~ Going Blind.

32  Petitioner Has Not been Seen by anyone other than Staff, Medical, At SFF Hazelton

33    Petitioner tried Reading Glasses as Advised - worthless.

34.    Petitioner Reads Large print or Doesn't Read at all.

35    Petitioner watches television She No Longer enjoys Reading Playing Cards Case Law unless on Computer So She enlarges

36    Petitioner Suffers from Headache Nausea eyestrain dizzy Vertigo, when on Steps Petitioner holds hand Rails. OPEN Stairs Are Confusing and therefore walking on top tier Avoided as much as Possible.

37    Petitioner has Not been able to gain weight.
   A) Petitioner's 1st 5 months - Raw Sewage in Room
   b) Petitioner Eats Every meal when meals Called

~~PETITIONER DENIED Full FSA CREDITS~~
   Was Calculation of FSA Credit Time

38.    Petitioner has filed BP8, BP9, & BP10's For time Credit Denied At SFF Hazleton.

39    From 12/28/2018 up through 5/5/2021 Petitioner Received time Credit Factor 10 when it Should have been time Credit Factor 15

40    Petitioner met And Talked with Unit team Deubak. And was Given Exhibit 1 And 3.

41.    Mr Deubak Stated that the time from 5/5/2020. was Denied to Petitioner Due to Not Admin Status.

42.    The FSA Time Credit Assessment Sheet. Page 5 of this motion clearly Show Risk Assessment minimum

43.    A Summary of our Discussions Are Attached as Exhibit 2.

## FSA Time Credit Assessment
Register Number:72896-067, Last Name:CICCHIELLO

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-05-2021 | 12-05-2021 | disallow | 214 |

Not in qualifying admit status

| Facility | Category | Assignment | Start | | Stop | |
|---|---|---|---|---|---|---|
| CPA | ARS | ESC TECH N | 05-04-2021 | 1006 | 05-04-2021 | 1636 |
| CPA | ARS | A-HLD | 05-04-2021 | 1636 | 08-01-2022 | 0914 |

*Need to Allow* (handwritten)

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-05-2021 | 08-24-2022 | disallow | 262 |

Not in qualifying admit status

| Facility | Category | Assignment | Start | | Stop | |
|---|---|---|---|---|---|---|
| CPA | ARS | ESC TECH N | 05-04-2021 | 1006 | 05-04-2021 | 1636 |
| CPA | ARS | A-HLD | 05-04-2021 | 1636 | 08-01-2022 | 0914 |
| CPA | ARS | TRANSFER | 08-01-2022 | 0914 | 08-01-2022 | 0914 |
| 1-Z | ARS | A-ADMIT | 08-01-2022 | 0914 | 08-24-2022 | 1507 |

*Need to Allow* (handwritten)
*See* (handwritten)

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-24-2022 | 01-19-2023 | accrue | 148 |

Accrued Pgm Days...: 148
Carry Over Pgm Days: 10
Time Credit Factor.: 15
Time Credits.......: 75

---

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | | Factor |
|---|---|---|---|---|---|---|---|
| 001 | 12-21-2018 | 06-19-2019 | PRESUMPTIVE | FSA R-MIN | 04-28-2021 | 1318 | 10 |
| 002 | 06-19-2019 | 12-16-2019 | PRESUMPTIVE | FSA R-MIN | 04-28-2021 | 1318 | 10 |
| 003 | 12-16-2019 | 06-13-2020 | PRESUMPTIVE | FSA R-MIN | 04-28-2021 | 1318 | 10 |
| 004 | 06-13-2020 | 12-10-2020 | PRESUMPTIVE | FSA R-MIN | 04-28-2021 | 1318 | 10 |
| 005 | 12-10-2020 | 06-08-2021 | ACTUAL | FSA R-MIN | 04-28-2021 | 1318 | 10 |
| 006 | 06-08-2021 | 12-05-2021 | ACTUAL | FSA R-MIN | 04-28-2021 | 1318 | 10 |
| 007 | 12-05-2021 | 06-03-2022 | ACTUAL | FSA R-MIN | 04-28-2021 | 1318 | 15 |
| 008 | 06-03-2022 | 09-01-2022 | ACTUAL | FSA R-MIN | 04-28-2021 | 1318 | 15 |
| 009 | 09-01-2022 | 11-30-2022 | ACTUAL | FSA R-MIN | 04-28-2021 | 1318 | 15 |
| 010 | 11-30-2022 | 02-28-2023 | ACTUAL | FSA R-MIN | 09-21-2022 | 1539 | 15 |



44   Petitioner Has Filed A Bp on Changes
     Assessments.

45   Petitioner Has Attach As. Exhibit 5.

## ILLEGALLY DETAINED At SFF HAZLETON

46   Petitioner Received her Computation Paperwork on 3/10/2023

47   Petitioner has SERVED 4 YEARS 10 months 4 Days See Pg 3

48   Per Computation Sheet ELDERY OFFENDER Date 2/3
     is 3/8/2023.

49.  Home Eligibility Date 1/26/2023   SEE Computation Sheet

### Computation DATA

CASE 1: 15 CR 00223                          72 months
CASE 1: 21 CR 100-1                          15 months
                                             Downward Departure
                                             Time SERVED
                                             ─────────────
                                             87 MONTHS

MAX Date  8/6/2025
Good Credit time  7/11/2024
         RELEASE
FSA 350 DAYS   7/27/2023

### CORRECTED DATA

CASE 1: 15 CR 00223                          72 months
CASE 1: 21 CR 100-1                          15 months
                                             Time SERVED
                                             Downward Departure
MAX Date 5/5/2024                            ─────────────
Good Credit                                  72 months
     time.   2/23/2023
FSA 350   2/23/2022.

## SERVED 4 YEARS 10 months 4 DAYS.

Case 5:23-cv-00180-JPB-JPM Document 1 Filed 03/16/23 Page 7 of 8 PageID #: 7

EMOTIONAL AS WELL AS MENTAL ABUSE/CRUELTY

Petitioner was placed in a cell for 5 months plus with a cell mate who was aggressing

51 Petitioner complained and documented this on a BP9 with reference to Raw Sewage and Cell 221 K, Block (See Cicchiello v Lovett. Northern District WVa Case# 5:22cv2255)

52 Petitioner's cell "Bunkie" was notorious by inmates as well as staff.

53 Petitioner's Bunkie had changed cellies at least monthly Prior to 9/8/2022.

54 Petitioner was finally moved Bottom Bunk Bottom tier on February 10, 2023 Due to medical order.

55 Petitioner is 72 years old. And yet on the 1st Floor Young Females without Bottom Bunk Bottom tier Remain from the beging until this motion Bottom Bunk Bottom tier (AGE Discrimination)

56 Petitioner made verbal Requests to be moved

57 Petitioner Placed "Cop Out" to Counselor.

58 Petitioner At mainline tried to hand Mr Dzubac Cop out to be moved

59 Petitioner was told she was the Property of BOP. And that they Did Not "HAVE" to move me.

60 Petitioner was/is Emotionally mentally Distraught

61 Petitioner Started Going to Chapel. Started 'Bible Studies'

62 Petitioner was Asked by other Inmates on K, How things were going with her Cell mate.

63 At Various times Inmates would Counsel "Bunkie" with "Bunkies" Behavior toward Petitioner

64. Unfortunatly when that Cell Door Locks At Pm Count No one other than Roomates re Cell mates are there behind Locked Doors.

65. Petitioner was a Former Employee For the Pennsylvania Department of Corrections And TRAINED AS Such.

66. With Prayers, AND Porservance Petitioner Received From medical Bottom Bunk Bottom tier medical order

67. then BOP's STAFF Refused to enforce medical orders for 10 DAYS.

68. BOP enforced MEDICAL ORDERS AFTER Documentation AND FILING their Refusal as a third grounds to Petitioner's Cicchiello v Lovett. MDPA Case # 1:22CV 1979 which was forwardored Cicchiello Lovett NDWVA Case # 3:23 CV 0054 (2023)

69. Petitioner at the time 1/25/2023 WAS INJured And therefore had No other option but to File with the Courts

70. Petitioner Believes that All the Points Brought together in this Complaint have been well Documented in the State of West Virginia AS well AS in the State of Pennsylvania

Wherefore Petitioner is Requesting this Honorable Court to Immediate Release Petitioner AS WELL AS to Award her the Sum of 3.5 Million Dollars.

Respectfully Submitted

3/11/2023

8