# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**JOAN CICCHIELLO**,

    Plaintiff,

v.                                              **Civil Action No. 5:23-CV-100**
                                                           Judge Bailey

**BUREAU OF PRISONS, WARDEN LOVETT, WARDEN RAY, WARDEN BROWN, ASSISTANT WARDEN WATKINS, MR. DZUBAK, Unit Team, MS. SLINKA, Unit Team, and MR. BENNETT, Unit Team**,

    Defendant.

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On March 16, 2023, plaintiff initiated this case by filing a Complaint under ***Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics***, 403 U.S. 388 (1971). Because plaintiff's Complaint was not on the court-approved form, the Clerk issued plaintiff a Notice of Deficient Pleading and Intent to Dismiss, informing her she must re file her Complaint on the approved form within thirty days.

On March 30, 2023, plaintiff refiled her Complaint on the court-approved form, and it was assigned Civil Action No. 3:23-CV-88. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to mail a copy of this Order to the plaintiff by certified mail, return receipt requested, to her last known address as reflected on the docket sheet.

**DATED**: March 31, 2023.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE